# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOE THOMAS MILLER,<br><br>        Plaintiff,<br><br>  v.<br><br>LOAIZA, M.D.,<br><br>        Defendants.<br>_____/ | CV F  02-6311 REC LJO P<br><br>ORDER TO SHOW CAUSE WHY DEFAULT SHOULD NOT BE ENTERED AGAINST DEFENDANT LOAIZA |

    Joe Thomas Miller ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action filed pursuant to 42 U.S.C. § 1983.

    On June 13, 2003, the Court found the Amended Complaint stated a cognizable Eighth Amendment claim against Defendant Loaiza.  The Court directed the United States Marshal to effect service of the summons and complaint on Defendant Loaiza on March 1, 2005, and on March 31, 2005, Defendant Loaiza signed the waiver and filed it with the Court.  In signing and returning the form, Defendant Loaiza acknowledged that judgment might be entered against him if he did not file an Answer or other appropriate Motion within sixty days after March 7, 2005.  More than sixty days have passed, however, and Defendant has not filed an Answer or other

appropriate Motion.

    Accordingly, the Court HEREBY ORDERS:

1. Within thirty (30) days from the date of service of this Order, Defendant Loaiza shall SHOW CAUSE, in writing, why default should not be entered against her;

2. The Clerk of Court is DIRECTED to serve a COURTESY COPY on the Office of the Attorney General, Attention Constance Lee Picciano.

IT IS SO ORDERED.

**Dated:   June 3, 2005**                             /s/ Lawrence J. O'Neill
b9ed48                                                    UNITED STATES MAGISTRATE JUDGE