BILL LOCKYER
Attorney General of the State of California
JAMES M. HUMES
Chief Assistant Attorney General
MONICA N. ANDERSON
Supervising Deputy Attorney General
JAMES E. FLYNN, State Bar No. 61139
Supervising Deputy Attorney General
 1300 I Street, Suite 125
 P.O. Box 944255
 Sacramento, CA 94244-2550
 Telephone: (916) 323-1976
 Fax: (916) 324-5205

Attorneys for Defendant Augusto C. Loaiza, M.D.
48149280 SA2005300359

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JOE THOMAS MILLER,**<br><br>                              Plaintiff,<br><br>       v.<br><br>**LOAIZA, M.D.,**<br><br>                              Defendant. | No. CV F-03-5321 OWW LJO P<br><br>**ORDER GRANTING EXTENSION OF TIME TO FILE RESPONSE TO THE ORDER TO SHOW CAUSE** (Doc. 27.) |

    The court has considered defendant Loaiza's request for a 30-day extension of time to respond to the June 3, 2005, order to show cause why default should not be entered and to respond to the complaint in this action. The request is granted. Defendant shall filed a response to the order to show cause and to the complaint in this action no later than August 4, 2005.

IT IS SO ORDERED.

**Dated:   July 11, 2005**                         /s/ Lawrence J. O'Neill
b6edp0                                             UNITED STATES MAGISTRATE JUDGE

Order for Extension of Time

1