# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOE T. MILLER, | CV F 03 5321 OWW LJO P |
| Plaintiff, | ORDER DISCHARGING ORDER TO SHOW CAUSE (Doc. 26.) |
| v. | |
| LOAIZA, MD., | ORDER DENYING MOTION FOR ENTRY OF DEFAULT (Doc. 29.) |
| Defendants. | |

Joe T. Miller ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action filed pursuant to 42 U.S.C. § 1983.

On July 22, 2005, Plaintiff filed a Motion to Enter Default. However, the Court issued an Order to Show Cause why Default should not be entered on June 3, 2005. On July 5, 2005, Counsel for Defendant responded to the Order to Show Cause indicating that at the time Defendant Loaiza was served, Dr. Loaiza was not aware that he personally either had to file a responsive pleading or request representation by the Office of the Attorney General. Counsel for Defendant then moved for an extension of time to file an Answer which was granted by this Court on July 12, 2005. The deadline for Defendant's Answer has not yet expired. Accordingly,

1

1  Plaintiff's Motion for Entry of Default is premature.
2       In addition, the Court finds that Defendant Loaiza has shown good cause for his failure to
3  timely respond to the Amended Complaint.  Accordingly, the Order to Show cause is hereby
4  DISCHARGED and Plaintiff's Motion for Entry of Default is DENIED.

6  IT IS SO ORDERED.
7  **Dated:   July 26, 2005**              **/s/ Lawrence J. O'Neill**
   b9ed48                                  UNITED STATES MAGISTRATE JUDGE

2