**WILLIAMS & ASSOCIATES**
1250 Sutterville Road, Ste. 290
Sacramento, CA 95822
(916) 456-1122
(916) 737-1126 (fax)

Kathleen J. Williams, CSB #127021
Martha M. Stringer, CSB #156333

Attorneys for defendant
AUGUSTO LOAIZA, M.D.

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOE THOMAS MILLER,<br><br>Plaintiff,<br><br>vs.<br><br>LOAIZA, M.D,<br><br>Defendant. | CASE NO: CIV F 03-5321 OWW LJO P<br><br>**SUBSTITUTION OF ATTORNEY** |

Defendant AUGUSTO LOAIZA, M.D. hereby substitutes the following counsel in place and in stead of the Office of the Attorney General:

Kathleen J. Williams, CSB #127021
Martha M. Stringer, CSB #156333
WILLIAMS & ASSOCIATES
1250 Sutterville Road, Suite 290
Sacramento, CA 95822
(916) 456-1122
(916) 737-1126 (fax)

All counsel in this matter are requested to direct all communications to the above-referenced address beginning immediately.

I agree to this substitution.

Dated: 07.30.05                                      _____
                                                            Augusto Loaiza, M.D.

*Miller v. Loaiza [CIV F 03 5321 OWW LJO P]*                                  Page 1

1  I consent to this substitution.

2

3  Dated: Aug. 2, 2005     By: _____
4                              Monica N. Anderson
                              Attorney for defendant, Augusto Loaiza, M.D.
5

6  I accept this substitution.

7  Dated: August 3, 2005    WILLIAMS & ASSOCIATES

8

9                           By: _____
                              Martha M. Stringer, CSB #166333
10

11 IT IS SO ORDERED.

12 Dated: Aug 10, 2005       _____
13                           United States District Court Judge
                             Eastern District of California
14

28 *Miller v. Loaiza* [CIV F 03 5321 OWW LJO P]                              Page 2

## PROOF OF SERVICE BY MAIL

Case :        *Miller v. Loaiza*

Case #:     CIV-F-03-5321 OWW LJO P

Court :       USDC, Eastern District of California

I certify that August 3, 2004, pursuant to F.R.C.P. 5(b), I deposited in the United States mail, postage prepaid, a true copy of the document entitled:

**SUBSTITUTION OF ATTORNEY**

and addressed as follows:

**LEGAL DOCUMENTS ENCLOSED**
Joe Thomas Miller   P-89895
CORCORAN STATE PRISON
PO Box 5248
Corcoran, CA 93212

I declare that I am employed in the office of a member of the bar of this Court at whose direction this service was made.

DATED: August 3, 2005

By: _____
K.L. Grundhoefer

*Miller v. Loaiza* [CIV F 03 5321 OWW LJO P]                                                                                   Page 3