# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JOE THOMAS MILLER, | ) | 1:03-CV-05321-OWW-LJO-P |
| | ) | |
| Plaintiff, | ) | ORDER GRANTING MOTION TO CLARIFY ORDER |
| | ) | (Document #38) |
| v. | ) | |
| | ) | NOTICE OF ERRATA IN COURT'S SCHEDULING ORDER OF SEPTEMBER SEPTEMBER 20, 2005 |
| MR. LOAIZA, M.D., | ) | (Document #36) |
| | ) | |
| Defendant. | ) | CORRECTED DEADLINES: |
| | ) | Motion Deadline -            11-14- 2005 |
| | ) | Discovery Cut-off Date -     05-15-2006 |
| | ) | Deadline to Amend Pleadings - 06-16-2006 |
| | ) | Dispositive Motion Deadline - 07-17- 2006 |

On September 20, 2005, the court issued a Discovery Order/Scheduling Order setting out pre-trial deadlines for filing documents and completing discovery. On October 5, 2005, defendant filed a motion for clarification of the order. Defendant's motion is hereby granted.

The parties are hereby alerted to errors in the court's Discovery Order/Scheduling Order of September 20, 2005. The order refers to deadline dates of May, June, and July 2005 which should be May, June, and July 2006. As such, the pre-trial deadlines in this action are corrected and clarified as follows:

**Motion Deadline -**           November 14, **2005**

**Discovery Cut-off Date -**    May 15, **2006**

**Deadline to Amend Pleadings -** June 16, **2006**

**Dispositive Motion Deadline -** July 17, **2006**

IT IS SO ORDERED.

**Dated:   October 11, 2005**           /s/ Lawrence J. O'Neill
b6edp0                                   UNITED STATES MAGISTRATE JUDGE