# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSH THOMAS MILLER, | CV F   03 5321 OWW LJO P |
| Plaintiff, | |
| v. | ORDER DENYING APPLICATION TO APPLY OTHER PROVISIONS OF LOCAL RULE 78-230.  (Doc. 51.) |
| LOAIZA, M.D., et.al, | |
| Defendants. | |

Josh Thomas Miller ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action filed pursuant to 42 U.S.C. § 1983.

On February 7, 2006, Defendant filed an Application to apply other provisions of Local Rule 78-230(m).  Defendant states that the Court should apply these provisions in lieu of 78-230(m) because Plaintiff is no longer in custody as he is living in Modesto, and California State Prison - Corcoran is located in Kings County. (Application at 1.)

Pursuant to Local Rule 78-230(m), "[a]ll motions, except for motions to dismiss for lack of prosecution, filed in cases wherein one party is incarcerated and proceeding in propria

1

1  persona, shall be submitted upon the record without oral argument unless otherwise ordered by
2  the Court." Local Rule 78-230(m).  While the Court recognizes that Plaintiff may no longer be
3  in state custody, it is this Court's practice to apply the provision of Local Rule 78-230(m) to all
4  prisoner cases even when a Plaintiff has been released from custody.  Should the Court find a
5  hearing requiring the presence of the parties necessary, it shall so order.  Accordingly, the Court
6  finds no justification to deviate from the provisions of Rule 78-230(m) and Defendant's
7  Application is DENIED.
8  IT IS SO ORDERED.
9  **Dated:   February 10, 2006**              /s/ Lawrence J. O'Neill
   b9ed48                                                UNITED STATES MAGISTRATE JUDGE