UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSH THOMAS MILLER,<br><br>    Plaintiff,<br><br>    v.<br><br>LOIZA, M.D.,<br><br>    Defendants. | 1:03-CV-05321-OWW-LJO-P<br><br>ORDER DENYING REQUEST FOR APPOINTMENT OF COUNSEL, OR IN THE ALTERNATIVE, FOR SIXTY DAYS LEAVE OF COURT TO SEEK COUNSEL<br>(DOCUMENT #52) |

Plaintiff is proceeding pro se with a civil rights action pursuant to 42 U.S.C. § 1983. On February 6, 2006, plaintiff filed a request for appointment of counsel, or in the alternative, for sixty days leave of court in which to seek counsel. Plaintiff's request shall be denied.

Plaintiff has requested the appointment of counsel. The United States Supreme Court has ruled that district courts lack authority to require counsel to represent indigent prisoners in § 1983 cases. <u>Mallard v. United States District Court for the Southern District of Iowa</u>, 490 U.S. 296, 109 S.Ct. 1814 (1989). In certain exceptional circumstances, the court may request the voluntary assistance of counsel pursuant to 28 U.S.C. § 1915(e)(1). Without a reasonable method of securing and compensating counsel, this court will seek volunteer counsel only in the most serious and exceptional cases. In the present case, the court does not find the required exceptional

1

1  circumstances. Even if it is assumed that plaintiff is not well versed in the law and that he has made
2  serious allegations which, if proved, would entitle him to relief, his case is not exceptional. This
3  court is faced with similar cases almost daily. Therefore, plaintiff's request for the appointment of
4  counsel must be denied.

5        In the alternative, plaintiff has requested sixty days leave of court in which to seek
6  counsel. Although plaintiff is free to seek counsel at any time, the court shall not stay plaintiff's
7  action for this purpose. Therefore, plaintiff's request for sixty days leave of court in which to seek
8  counsel is denied.

9        In accordance with the above, IT IS HEREBY ORDERED that plaintiff's request for
10  the appointment of counsel, or in the alternative, for sixty days leave of court to seek counsel is
11  denied.
12  IT IS SO ORDERED.
13  **Dated:   March 14, 2006**          **/s/ Lawrence J. O'Neill**
    b6edp0                               UNITED STATES MAGISTRATE JUDGE

2