UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOE THOMAS MILLER, | 1:03-cv-05321-OWW-LJO-P |
| Plaintiff, | **ORDER ADOPTING FINDINGS AND RECOMMENDATION** (Doc. 65) |
| vs. | **ORDER GRANTING MOTION TO DISMISS** (Doc. 55) |
| LOAIZA, M.D., | |
| Defendants. | **ORDER DISMISSING ENTIRE ACTION** |

Joe Thomas Miller ("plaintiff"), a state prisoner proceeding pro se and in forma pauperis, has filed this civil rights action seeking relief under 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 72-302.

On April 19, 2006, the Magistrate Judge filed Findings and Recommendation herein which were served on the parties and which contained notice to the parties that any objections to the Findings and Recommendation were to be filed within thirty (30) days.  On May 11, 2006, plaintiff filed objections to the Magistrate Judge's Findings and Recommendation.  Defendants filed a Reply to the Objections on May 11, 2006.

1

1    In accordance with the provisions of 28 U.S.C.
2 § 636(b)(1)(C) and Local Rule 73-305, this Court has conducted a
3 de novo review of this case.  Having carefully reviewed the
4 entire file, the Court finds the Findings and Recommendation to
5 be supported by the record and by proper analysis.
6    Accordingly, IT IS HEREBY ORDERED that:
7    1.   The Findings and Recommendation, filed April 19, 2006,
8 are ADOPTED IN FULL;
9    2.   Defendant's motion to dismiss based on plaintiff's
10 failure to exhaust his administrative remedies, filed February
11 21, 2006, is GRANTED; and,
12    3.   This action is DISMISSED in its entirety.
13 IT IS SO ORDERED.
14 **Dated:   June 1, 2006**                    **/s/ Oliver W. Wanger**
   emm0d6                                  UNITED STATES DISTRICT JUDGE